**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, | : | No. 2 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 166 FR |
| | : | 2007 dated December 8, 2016 |
| v. | : | Overruling the Exceptions and entering |
| | : | judgment of the October 15, 2015 |
| | : | opinion that Reversed the Order of the |
| COMMONWEALTH OF PENNSYLVANIA, | : | Board of Finance and Revenue at No. |
| | : | 0521014 dated March 30, 2007. |
| Appellant | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  October 18, 2017**

AND NOW, this 18th day of October, 2017, the order of the Commonwealth Court is **AFFIRMED**.